UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID SAWYER,

        Plaintiff,

v.                                    Case No: 6:13-cv-1419-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on the Defendant Commissioner of Social Security's Consent Motion for Entry of Judgment (Doc. 18). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and ADOPTED** as part of this order. The Commissioner's final decision in this case is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the findings in this report, pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to enter judgment consistent with this opinion and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this _14_ day of June, 2014.

                                          G. KENDALL SHARP
                              SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record