UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID SAWYER,

    Plaintiff,

v.                                                   Case No:  6:13-cv-1419-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

## ORDER

Pending before the Court is Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act.  (Doc. 22).  Paragraph 8 of the motion avers that "The undersigned attorney has sent a copy of this motion to the Untied [sic] States Attorney.  They have not yet given a position on the Application for Attorney Fees."  Local Rule 3.01(g) provides that before filing most motions in a civil case, the moving party shall confer with the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement certifying that the moving party has conferred with the opposing party, and that the parties have been unable to agree on the resolution of the motion.  The term "confer" in Rule 3.01(g) requires a substantive conversation in person or by telephone in a good faith effort to resolve the motion without court action and does not envision an email, fax or letter.  Counsel who merely "attempt" to confer have not "conferred."  A certification to the effect that opposing counsel was unavailable for a conference before filing a motion is insufficient to satisfy the parties' obligation to confer.  Counsel for Plaintiff has not complied with Rule

3.01(g).  Accordingly, Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act (Doc. 22) is **DENIED WITHOUT PREJUDICE**.

**ORDERED** in Orlando, Florida on the 18th day of September, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record