UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID SAWYER,

      Plaintiff,

v.                                              Case No:   6:13-cv-1419-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____

## REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Unopposed Application for Attorney Fees under the Equal Access to Justice Act. (Doc 24).   On June 12, 2014, the Court entered an Order reversing the Commissioner's decision and remanded the case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 20).   On June 13, the Clerk entered judgment.   (Doc. 21).   Plaintiff filed this application for attorney fees on September 30.   (Doc. 24).   Pursuant to M.D. FLA. R. 3.01(g), counsel for Plaintiff represents that he has conferred with counsel for the Commissioner, who has no objection to the requested relief.

Plaintiff requests an award of attorney fees in the amount of $3,151.86 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), as well as $400.00 in costs. Under the EAJA, a party is eligible for an attorney fee award where: (1) the party is a prevailing party in a non-tort suit involving the United States; (2) the government's position was not substantially justified; (3) the party filed a timely application for attorney's fees; (4) the party had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special circumstances which would make the award of fees

unjust.   28 U.S.C. § 2412(d).   Plaintiff asserts that he is the prevailing party, that the Commissioner's position in the underlying action was not substantially justified, and that his net worth at the time this action as filing was less than two million dollars.   (Doc. 24 at 1-2).   The schedule of hours attached to the petition confirms the attorney's claimed hours. (Id. at 8).

Plaintiff has attached a copy of his assignment of EAJA fees to his counsel.   (Doc. 24 at 9).   In light of the assignment, Plaintiff requests that payment be made payable to Plaintiff and delivered to Plaintiff's counsel unless Plaintiff owes a federal debt.   If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

I **RESPECTFULLY RECOMMEND** that, pursuant to the provisions of the EAJA, the Court **GRANT** Plaintiff's uncontested petition for attorney fees (Doc. 28) and award attorney fees in the amount of **$3,101.21** to be paid out of the judgment fund, to Plaintiff's counsel if Plaintiff does not owe a debt to the government.

Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation.   Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on October 1, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

> Presiding United States District Judge
> Counsel of Record