
# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAVID SAWYER,

        Plaintiffs,

v.                        Case No. 6:13-cv-1419-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendants.

## ORDER

THIS CAUSE was referred to United States Magistrate Judge Thomas B. Smith for a report and recommendation on Plaintiff David Sawyer's Unopposed Application for Attorney Fees (Doc. 24). Judge Smith issued his Report and Recommendation on October 1, 2014 (Doc. 25). Having reviewed the Report and Recommendation (Doc. 25), and there being no objections filed, it is hereby **ORDERED** and **ADJUDGED** that the Report and Recommendation (Doc. 25) is **APPROVED** and **ADOPTED**. The Court **GRANTS** Plaintiff David Sawyer's Unopposed Application for Attorney Fees (Doc. 24) and awards Sawyer $3,101.21 in attorney fees to be paid out of the judgment fund. Said fees shall be paid directly to Sawyer's counsel provided Sawyer does not owe a debt to the government.

**DONE and ORDERED** in Orlando, Florida on this _21_ day of October, 2014.

                              G. KENDALL SHARP
                              SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record